UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-21160-Civ-COOKE/TORRES

YOAGNY BERNAL LOPEZ,

    Plaintiff,

vs.

MIAMI BOOMERS CORP., doing
business as Ciboney Restaurant and
Lounge and ORESTES PEREZ,

    Defendants.
_____/

### NOTICE OF JOINT MOTIONS

The parties are hereby notified that multiple Plaintiffs or Defendants shall file joint dispositive motions with co-parties unless there are clear conflicts of positions or grounds for relief.

**DONE and ORDERED** in chambers in Miami, Florida this 14th day of April 2016.

_____
MARCIA G. COOKE
United States District Judge

Copies provided to:
*Edwin G. Torres,* U.S. Magistrate Judge
*Counsel of Record*