UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-cv-21160-MGC

YOAGNY BERANL LOPEZ, *and all others similarly situated under 29 U.S.C. 216(b),*

Plaintiff,

vs.

MIAMI BOOMER CORP. d/b/a CIBONEY RESTURANT AND LOUNGE, ORESTES PEREZ

Defendants.

## PLAINTIFF'S STATEMENT OF CLAIM

Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described Statement of Claim as follows:

**FEDERAL OVERTIME WAGE CLAIM:**

**Period Claimed:** 07/01/14-10/06/15
Weeks: 66 weeks
Overtime hours per week: 55 hours
Amount of time and a half per hour not compensated: $30.00/hr
Total overtime wages unpaid and liquidated damages: **$108,900.00 X 2 = $217,800.00**

**Total Overtime Wage Claim and Unpaid Liquidated Damages: $108,900.00 X 2 = $217,800.00**

**Plaintiff seeks all fees and costs under the FLSA.
**Plaintiff reserves all rights to seek minimum wage damages under the Florida Constitution and statutes as applicable including the limitations period and rates.
***To the extend Plaintiff's claim for Florida Minimum Wage overlaps Plaintiff's claim for Federal Minimum Wage payments, Plaintiff is claiming the higher of the two applicable rates.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF

300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_/s/ Allyson Morgado___
Allyson Morgado, Esquire

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 5/04/16 TO:**

**ALL CM/ECF RECIPIENTS**

**BY: /s/ Allyson Morgado_____**
**Allyson Morgado, Esquire**