UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  16-21160-CIV-COOKE/TORRES

YOAGNY BERNAL LOPEZ and all others
similarly situated under 29 U.S.C. 216(b) ,

                     Plaintiff,

vs.

MIAMI BOOMERS CORP. d/b/a CIBONEY
RESTAURANT  AND  LOUNGE,  ORESTES
PEREZ,

                    Defendants.

_____/

## DEFENDANTS MIAMI BOOMERS CORP. AND ORESTES PEREZ'S UNOPPOSED MOTION FOR LEAVE TO AMEND DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES

Defendants Miami Boomers Corp. d/b/a Ciboney Restaurant and Lounge ("Miami Boomers") and Orestes Perez ("Perez") (collectively "Defendants"), pursuant to Federal Rule of Civil Procedure 15(a)(2) and in accordance with the Order Setting Civil Trial Date and Pretrial Deadlines and Order Referring to Magistrate [ECF No. 14], file their Unopposed Motion for Leave to Amend Defendants' Answer and Affirmative Defenses. In support, Defendants state as follows:

1.      Defendants filed their Answer and Affirmative Defenses to Plaintiff's Complaint on May 3, 2016 [ECF No. 11].

2.      Defendants seek leave to file an Amended Answer and Affirmative Defenses to correct scrivener's errors in Defendants' First and Eight Affirmative Defenses.  The proposed Amended Answer and Affirmative Defenses is attached to this motion as Exhibit "A".

3.      Defendants' motion is being timely filed within the deadline set by this Court in the Order Setting Civil Trial Date and Pretrial Deadlines and Order Referring to Magistrate, as the Court requires all joinder of parties and claims and amendment of pleadings to be completed by June 6, 2016 [ECF No. 14].

4.      Moreover, this amendment will not result in any prejudice to Plaintiff.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure 15(a)(2) provides that a party may amend its pleadings by leave of court or by written consent of the adverse party, and the court "should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).  In particular, "timely motions to amend are held to a very liberal standard." *Smith v. Trans-Siberian Orchestra*, 728 F. Supp. 2d 1315, 1318 (M.D. Fla. 2010).

Defendants respectfully request leave to amend their Answer and Affirmative Defenses to correct scrivener's errors contained in their First and Eighth Affirmative Defenses.  This amendment will not result in any prejudice to the Plaintiff as discovery is just commencing and the amendment sought does not materially alter the affirmative defenses previously asserted by the Defendants in their original Answer and Affirmative Defenses.

For the foregoing reasons, Defendants respectfully request that this Court grant them leave to file their proposed Amended Answer and Affirmative Defenses.

## CERTIFICATE OF GOOD FAITH PURSUANT TO LOCAL RULE 7.1(a)(3)

The undersigned certifies that movants' counsel has conferred with all parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion, both orally and in writing on June 6, 2016, and is authorized to represent that

opposing counsel has no objection to the filing of Defendants' Motion for Leave to Amend Their

Answer and Affirmative Defenses.

             Dated June 6, 2016.

                                   Respectfully submitted,

                                     *s/* Suzette L. Russomanno
                                  SUZETTE L. RUSSOMANNO, Esq.
                                  Florida Bar No.  751081
                                  srussomanno@maspons.com
                                  **MASPONS SELLEK JACOBS LLP**
                                  2333 Ponce de Leon Boulevard
                                  BAC Colonnade Office Tower, Suite 314
                                  Coral Gables, Florida 33134
                                  Tel:  (786) 539-1422
                                  Fax:  (305) 441-1119
                                  *Counsel for Miami Boomers Corp. and Orestes Perez*

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing was served electronically

using CM/ECF on June 6, 2016 on all counsel or parties of record on the Service List below.

                                      By:   *s/* Suzette L. Russomanno

<u>**SERVICE LIST**</u>

**Yoagny Bernal Lopez v. Miami Boomers Corp., et al.
CASE NO.  16-21160-CIV-COOKE/TORRES**

J.H. Zidell, Esq.
J.H. Zidell, P.A.
300 71 Street
Suite 605
Miami Beach, Florida 33141
Tel: 305-865-6766
Fax: 305-865-7167
zabogado@aol.com
*Attorney for Plaintiff*

Allyson K. Morgado
J.H. Zidell, P.A.
300 71 Street
Suite 605
Miami Beach, Florida 33141
Tel: 305-865-6766
Fax: 305-865-7167
Amorgado.jhzidell@gmail.com
*Attorney for Plaintiff*

Joshua H. Sheskin
J.H. Zidell, P.A.
300 71 Street
Suite 605
Miami Beach, Florida 33141
Tel: 305-865-6766
Fax: 305-865-7167
Jsheskin.jhzidellpa@gmail.com
*Attorney for Plaintiff*