UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-21160-EGT

YOAGNY BERNAL LOPEZ, ERNESTO )
DELGADO, and all others similarly situated )
under 29 U.S.C. 216(b), )
)
       Plaintiff, )
vs. )
)
MIAMI BOOMERS CORP. d/b/a CIBONEY )
RESTAURANT AND LOUNGE, )
ORESTES PEREZ, )
)
       Defendants. )
_____ )

## NOTICE OF MEDIATION

    Plaintiffs, by and through the undersigned counsel, hereby file this Notice of Mediation and state as follows:

    1.    The Parties have conferred and scheduled mediation to occur on **November 16, 2016 at 10:00 a.m.** with mediator Neil Flaxman, Esq., at **Brickell City Tower, 80 SW 8th Street, Suite 3100, Miami, Florida 33130**; Phone: 305.810.2786.

                                        J.H. Zidell, P.A.
                                          *Attorneys for Plaintiff*
                                          300 71st Street, Suite 605
                                          Miami Beach, Florida 33141
                                          Tel: (305) 865-6766
                                          Fax: (305) 865-7167

                                          By:__/s/ Allyson Morgado_____
                                          Allyson Morgado, Esq.
                                          Florida Bar No.: 91506

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via cm/ecf on October 26, 2016, on all counsel or parties of record on the Service List below.

.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By: /s/ Allyson Morgado
Allyson Morgado, Esq.
Florida Bar No.: 91506

## SERVICE LIST

Suzette Luisa Russomanno
Maspons Sellek Jacobs LLP
2333 Ponce de Leon Boulevard
Suite 314
Coral Gables, FL 33134
786-539-1422
Fax: 305-441-1119
Email: srussomanno@maspons.com