UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-21160-CIV-TORRES

YOAGNY BERNAL LOPEZ and all others
similarly situated under 29 U.S.C. 216(b) ,

        Plaintiff,
vs.

MIAMI BOOMERS CORP. d/b/a CIBONEY
RESTAURANT AND LOUNGE, ORESTES
PEREZ,
        Defendants.
_____/

## JOINT MOTION FOR RELIEF FROM PRETRIAL DEADLINES

Plaintiffs and Defendants, through counsel, respectfully file this Joint Motion for Relief from Pretrial Deadlines delineated in the Order Setting Civil Trial Date, Pretrial Schedule, and Requiring Mediation [ECF No. 35] on the following grounds:

1. On September 9, 2016, the Court entered its Order Setting Civil Trial Date, PreTrial Schedule, and Requiring Mediation ("**Trial Order**") [ECF No. 35] and scheduled this case to commence trial on June 5, 2017.

2. The parties attended mediation on November 16, 2016; however, no agreement was reached and the mediation was declared an impasse [ECF No. 40].

3. Although the parties were unable to reach a settlement agreement at mediation, the parties have continued efforts to attempt to resolve this matter and postponed additional discovery in this case in order to avoid incurring additional attorney's fees and costs.

4. Pursuant to the Trial Order, the parties are required to:

    a) Complete all discovery, including expert discovery by February 6, 2017;

1

    b)  File all pre-trial motions other than motions *in limine* by March 13, 2017;

    c)  File all pre-trial motions *in limine* by April 24, 2017;

5. However, the parties respectfully request that the foregoing pretrial deadlines be extended as follows:

    a)  All discovery, including expert discovery to be completed by April 7, 2017;

    b)  All pre-trial motions other than motions *in limine* to be filed by April 24, 2017;

    c)  All pre-trial motions *in limine* to be filed by May 19, 2017.

## MEMORANDUM

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, a court may grant an extension of time for good cause shown if a motion is made before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). The parties seek relief from certain pretrial deadlines delineated in the Trial Order, allowing reasonable extensions of time for the discovery cutoff and other case deadlines. Following the November 16, 2016 mediation, the parties have been working diligently to attempt to resolve this matter. Given the foregoing, the parties are unable to complete all discovery in this case by February 6, 2017 or file substantive pretrial motions by March 13, 2017 and April 24, 2017, respectively. This motion is not filed for purposes of delay, but is necessary so that the parties may conduct and obtain discovery necessary to the issues in this case in order to file dispositive motions and proceed to trial.

WHEREFORE, the Parties respectfully request that this Court enter an Order granting the relief from the Trial Order and setting the following deadlines in this case:

    a) All discovery, including expert discovery to be completed by April 7, 2017;

    b) All pre-trial motions other than motions *in limine* to be filed by April 24, 2017;

    c) All pre-trial motions *in limine* to be filed by May 19, 2017.

## L.R. 7.1(a)(3) CERTIFICATION

In accordance with Local Rule 7.1(a)(3), I certify that on January 23, 2017 and January 24, 2017, Plaintiff's counsel Joshua H. Sheskin and Neil Tobak conferred with counsel for Defendants, Suzette L. Russomanno, *via* email, who both agreed to the dates proposed above and the filing of this motion as a joint motion.

Respectfully submitted this 25th day of January, 2017.

| | |
|---|---|
| /s/ Joshua H. Sheskin_____ | /s/Suzette L. Russomanno_____ |
| Joshua H. Sheskin | Suzette L. Russomanno |
| Fla. Bar No. 93028 | Fla. Bar No. 751081 |
| E-mail: jsheskin.jhzidellpa@gmail.com | E-mail: srussomanno@maspons.com |
| **J.H. Zidell, P.A.** | **MASPONS SELLEK JACOBS LLP** |
| 300 71 Street | 2333 Ponce de Leon Boulevard |
| Suite 605 | BAC Colonnade Office Tower, Suite 314 |
| Miami Beach, Florida 33141 | Coral Gables, Florida 33134 |
| Tel: 305-865-6766 | Tel: 786-539-1422 |
| Fax: 305-865-7167 | Fax: 305-441-1119 |
| *Counsel for Plaintiffs* | *Counsel for Miami Boomers Corp. and Orestes Perez* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically using CM/ECF on January 25, 2017 on all counsel or parties of record on the Service List below.

By: ___*s/* Suzette L. Russomanno___

## SERVICE LIST

**Yoagny Bernal Lopez v. Miami Boomers Corp., et al.**
**CASE NO.  16-21160-cv-EGT**

J.H. Zidell, Esq.
J.H. Zidell, P.A.
300 71 Street
Suite 605
Miami Beach, Florida 33141
Tel: 305-865-6766
Fax: 305-865-7167
zabogado@aol.com
*Attorney for Plaintiff*

Joshua H. Sheskin
J.H. Zidell, P.A.
300 71 Street
Suite 605
Miami Beach, Florida 33141
Tel: 305-865-6766
Fax: 305-865-7167
Jsheskin.jhzidellpa@gmail.com
*Attorney for Plaintiff*